DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOREEN FINCK,**
Appellant,

v.

**DOUG FINCK,**
Appellee.

No. 4D19-1875

[December 17, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kathleen J. Kroll, Judge; L.T. Case No. 50-2017-DR-008652-XXXX-MB.

Elaine L. Thompson, Brandon, for appellant.

Matthew S. Nugent, Esq. and Adam M. Zborowski, Esq. of Nugent Zborowski, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***